U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 6 2023

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 2251(a) |
| VERSUS | * | 18 U.S.C. § 2422(b) |
| | * | |
| ANGEL RAFAEL CARDONA | * | 6:23-CR-00184-01 |
| aka Angel Rafael Cardona Colon | * | Judge Joseph |
| | | Magistrate Judge Ayo |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2251(a)]**

On or about July 11, 2023, within the Western District of Louisiana, the defendant, ANGEL RAFAEL CARDONA, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, and attempt to do so, for the purpose of producing a visual depiction of said conduct, knowing and having reason to know that the visual depiction would be transmitted using any means or facility of interstate commerce, in violation of Title 18 United States Code, Section 2251(a).  [18 U.S.C. § 2251(a)].

### COUNT 2

**ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2251(a)]**

On or about July 13, 2023, within the Western District of Louisiana, the defendant, ANGEL RAFAEL CARDONA, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, and attempt to do so, for

the purpose of producing a visual depiction of said conduct, knowing and having reason to know that the visual depiction would be transmitted using any means or facility of interstate commerce, in violation of Title 18 United States Code, Section 2251(a). [18 U.S.C. § 2251(a)].

### COUNT 3

### USE OF A FACILITY TO CAUSE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
### [18 U.S.C. § 2422(b)]

Beginning on or about June 6, 2023, and continuing until on or about July 24, 2023, in the Western District of Louisiana, the defendant, ANGEL RAFAEL CARDONA, used a facility and means of interstate commerce, to knowingly persuade, induce, entice, and coerce a minor, under the age of eighteen, to engage in any sexual activity for which any person could be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

JOHN LUKE WALKER, LA Bar No. 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618