**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 2:55 p.m.** on **Wednesday, August 16, 2023**, and adjourned at **3:00 p.m.**

PRESENT:   David J. Ayo, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 05 minutes

### GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:23-CR-00183-01*** | X | |
| 6:23-CR-00184-01* | X | |
| 2:23-CR-00188-01* | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:23-CR-00185-01 | X | |
| 2:23-CR-00186-01 | X | |
| 2:23-CR-00187-01*** | X | |
| 2:23-CR-00187-02*** | X | |
| 2:23-CR-00187-03*** | X | |
| 2:23-CR-00189-01*** | X | |

  X   Warrants/summons ordered issued as indicated.
  *    In Federal Custody
 **   Superseding Indictment
 ***  State Custody